## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| CATHERINE ARANDA, ARACELI REYES, OLIVIA REYES, and MARK REYES,<br><br>    Plaintiffs,<br><br>V.<br><br>HARVEY TRUCKING SERVICE, INC., and BRANDON LEUMEUAL BURNS,<br><br>    Defendants. | CIVIL ACTION NO. SA-21-CA-832-FB |

### ORDER OF DISMISSAL AND JUDGMENT

Before the court is Defendant Harvey Trucking Services, Inc.'s Motion to Dismiss Incorrect Case Number, filed on September 3, 2021. (Docket no. 2). Defendant informs the Court it inadvertently created this case when it filed an amended notice of removal under the wrong case number. The amended notice of removal should have been filed under Civil Action No. SA-21-CA-372-DAE. Defendant therefore requests that the Court dismiss this case so it can proceed under the properly filed case number. After careful consideration, the Court is of the opinion that the motion should be granted.

IT IS THEREFORE ORDERED, ADJUDGED and DECREED that Defendant Harvey Trucking Services, Inc.'s Motion to Dismiss Incorrect Case Number (docket no. 2) is GRANTED such the above styled and numbered cause is DISMISSED.

IT IS FURTHER ORDERED that motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

It is so ORDERED.

SIGNED this 23rd day of September, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE